**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **B&B Liquidating, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **f/k/a B&B Bachrach** **d/b/a Bachrach** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1903178** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
| | | **8723 BELLANCA DRIVE UNIT A** **Los Angeles, CA 90045** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** | Location of principal assets, if different from principal place of business |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **bachrach.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **B&B Liquidating, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
☑ Yes.

| | District | **Central District of California** | When | **4/28/17** | Case number | **2:17-bk-15292-NB** |
|---|---|---|---|---|---|---|
| | District | **Southern District of New York\* (predecessor Bachrach Acquisition** | When | **5/06/09** | Case number | **09-12918-smb** |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
☑ Yes.

| | Debtor | **B&B Bachrach, LLC** | | Relationship | **Debtor** |
|---|---|---|---|---|---|
| | District | **Central District of California** | When **4/28/17** | Case number, if known | **2:17-bk-15292-NB** |

| Debtor | **B&B Liquidating, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **B&B Liquidating, LLC**                                                    Case number (*if known*)
           Name

---

█  Request for Relief, Declaration, and Signatures

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 16, 2018
                MM / DD / YYYY

X _____                    **Brian Lipman**
Signature of authorized representative of debtor      Printed name

Title   **Managing Member**

---

**18. Signature of attorney**     X  /s/ Brian L. Davidoff                     Date  February 16, 2018
                                  Signature of attorney for debtor                  MM / DD / YYYY

                                  **Brian L. Davidoff**
                                  Printed name

                                  **Greenberg Glusker Fields Claman Machtinger**
                                  Firm name

                                  **1900 Avenue of the Stars**
                                  **Suite 2100**
                                  **Los Angeles, CA 90067**
                                  Number, Street, City, State & ZIP Code

                                  Contact phone   **310-553-3610**     Email address   bdavidoff@greenbergglusker.com

                                  **102654**
                                  Bar number and State

---

**ACTION BY WRITTEN CONSENT**
**OF THE**
**SOLE MEMBER AND SOLE MANAGER**
**OF B&B LIQUIDATING, LLC**

Effective as of February 16, 2018

The undersigned, Brian Lipman ("Mr. Lipman"), as the sole member (the "Member") and sole manager of B&B LIQUIDATING, LLC, f/k/a B&B Bachrach, LLC, a California limited liability company (the "Company"), acting pursuant to the provisions of the Operating Agreement of the Company (including all amendments thereto, the "Operating Agreement"), hereby adopts the following recitals and resolutions and directs that this written consent (this "Consent") be filed with the minutes of the proceedings of the Company:

WHEREAS, Mr. Lipman owns 100% of the membership interest in the Company;

WHEREAS, as of April 28, 2017, the former members of the Company authorized by unanimous consent the filing for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code");

WHEREAS, on April 28, 2017 the Company filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in United States Bankruptcy Court, Central District of California, Los Angeles Division (the "Bankruptcy Court") *In re B&B Bachrach, LLC,* Case No. 2:17-bk-15292-NB (the "Bachrach I Case");

WHEREAS, on August 14, 2017, the Bankruptcy Court entered its *Order: (1) Approving Combined Plan and Disclosure Statement As Containing Adequate Information; and (2) Confirming Combined Plan and Disclosure Statement (As Modified)* [Docket No. 265] (the "Confirmation Order") with respect to the *Debtor's Combined Chapter 11 Plan of Reorganization and Disclosure Statement* [Docket No. 197] filed by the Company on July 13, 2017 as such document was modified by the *Debtor's Combined Chapter 11 Plan of Reorganization and Disclosure Statement, As Further Modified* [Docket No. 258] including all exhibits attached thereto (the "Combined Plan and Disclosure Statement");

WHEREAS, the Combined Plan and Disclosure Statement went effective on August 31, 2017 (the "Bachrach I Effective Date");

WHEREAS, as of October 27, 2017, the Member, as the sole member thereof, appointed Mr. Lipman as the Chief Executive Officer of the Company;

WHEREAS, following the Bachrach I Effective Date, the Company refinanced its revolving loan facility with Israel Discount Bank of New York ("IDB") by obtaining a bridge loan with Emerald Capital Funding, LLC ("Emerald") and then a new revolving loan facility with Siena Lending Group, LLC ("Siena");

WHEREAS, the Company has been unable to meet its ongoing obligations to Siena, Emerald, IDB and certain landlords due to, among other things, lower than expected sales;

WHEREAS, the Member has explored the strategic alternatives available to the Company and has determined that an orderly liquidation of the Company in a second chapter 11 case is in the best interest of the Company's stakeholders; and

WHEREAS, in anticipation of the second chapter 11 filing, as of February 14, 2018, the Member changed the name of the Company from B&B Bachrach, LLC to B&B Liquidating, LLC.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, employees, and other stakeholders that a new petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code in order to effectuate an orderly liquidation of the Company;

RESOLVED, that Mr. Lipman (the "Authorized Signatory") be, and hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Signatory deems necessary, desirable and proper in connection with the Company's new chapter 11 case (the "Bachrach II Case"), with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Signatory, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as bankruptcy counsel to represent and assist the Company in the Bachrach II Case in carrying out its duties under chapter 11 of the Bankruptcy Code, and the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Greenberg Glusker;

RESOLVED, that any and all actions heretofore taken by any Authorized Signatory in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*(Signature page follows.)*

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first above written.

B&B LIQUIDATING, LLC

By:_____
Name: Brian Lipman
Title:  Manager

SOLE MEMBER:

_____
Name: Brian Lipman


**Acknowledged and Accepted:**

AUTHORIZED SIGNATORY:

_____
Name: Brian Lipman

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **B&B Liquidating, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/16/2018___    X _____
Signature of individual signing on behalf of debtor

**Brian Lipman**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **B&B Liquidating, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**\*\*DEBTOR RESERVES ALL RIGHTS WITH RESPECT TO THE AMOUNT OF ANY BACHRACH I CLAIMS\*\***

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Concorde Apparel Co Milberg Milberg Factors Inc 99 Park Avenue New York, NY 10016** | **Steven T. Gubner, Esq.** sgubner@bg.law 818-827-9000 | **Bachrach I: Proof of Claim 44** | | | | **$93,316.94** |
| **Emerald Capital Funding LLC 4221 Wilshire Blvd Ste 260 Los Angeles, CA 90010** | **Marc Gelman** marcg@rmgprop.com 323-363-6867 | **Money Loaned** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **Fox Valley Mall LLC Ballard Spahr Attn Brian D Huber 2029 Century Park East Ste 800 Los Angeles, CA 90067** | **Brian D. Huben, Esq.** HubenB@ballardspahr.com 424-204-4353 | **Bachrach I Proof of Claim; Real Property Lease** | | | | **$150,023.69** |
| **Israel Discount Bank of New York 511 Fifth Avenue New York, NY 10017** | **Penelope Parmes, Esq.** penelope.parmes@troutman.com 949-622-2714 | **Money Loaned** | | | | **$1,200,000.00** |
| **Lenox Square PO Box 772809 Chicago, IL 60677** | **Ron Tucker, Esq.** rtucker@simon.com 317-263-2346 | **Bachrach I Proof of Claim 42** | | | | **$469,666.83** |
| **Livingston Mall Venture Simon Property Group 225 West Washington Street Indianapolis, IN 46204-3438** | **Ron Tucker, Esq.** rtucker@simon.com 317-263-2346 | **Bachrach I Proof of Claim 18** | | | | **$91,358.87** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **B&B Liquidating, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maklihon** **545 Eighth Avenue** **3rd Fl** **New York, NY 10018** | **John/Pauline Mak** **maklihon@aol.com** **212-819-1123** | **Trade Debt** | | | | **$3,795,844.61** |
| **Mall at Gurnee Mills LLC** **Simon Property Group** **225 West Washington Street Indianapolis, IN 46204-3438** | **Ron Tucker, Esq.** **rtucker@simon.com** **317-263-2346** | **Bachrach I Proof of Claim 20** | | | | **$983,577.05** |
| **Mall of Georgia LLC** **PO Box 772805** **Chicago, IL 60677-2805** | **Ronald M. Tucker, Esq.** **rtucker@simon.com** **317-263-2346** | **Bachrach I Proof of Claim 40** | | | | **$400,570.13** |
| **Mayfair Mall LLC** **110 North Wacker Drive** **Chicago, IL 60606** | **Ivan M. Gold Esq.** **igold@allenmatkins.com** **(415) 273-7431** | **Bachrach I Proof of Claim; Bachrach I Cure Amount** | | | | **$84,728.59** |
| **Pacific Silk** **Continental Business** **Steven T Gubner** **21650 Oxnard Street Ste 500** **Woodland Hills, CA 91367** | **Steven T. Gubner, Esq.** **sgubner@bglaw.com** **818-827-9000** | **Bachrach I Proof of Claim 46; Trade Debt** | | | | **$95,520.16** |
| **Rockaway Center Assoc** **Simon Property Group** **225 West Washington Street Indianapolis, IN 46204-3438** | **Ron Tucker, Esq.** **rtucker@simon.com** **317-263-2346** | **Bachrach I Proof of Claim 23** | | | | **$373,016.84** |
| **Roosevelt Field WD** **Simon Property Group** **225 West Washington Street Indianapolis, IN 46204** | **Ron Tucker, Esq.** **rtucker@simon.com** **317-263-2346** | **Bachrach I Proof of Claim 17** | | | | **$411,669.00** |
| **Simon Property Group** **Ron Tucker Esq** **225 West Washington Street Indianapolis, IN 46204** | **Ron Tucker, Esq.** **rtucker@simon.com** **317-263-2346** | **Bachrach I lease cure amount; Bachrach I Proof of Claim 43** | | | | **$348,256.97** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **B&B Liquidating, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Somerset Collection Ltd Partnership Ballard Spahr co Brian D. Huben 2029 Century Park East Ste 800 Los Angeles, CA 90067** | **Brian D. Huben, Esq.** <br><br> hubenb@ballardspahr.com <br> 424-204-4400 | **Bachrach I Proof of Claim 50; Lease Payments** | | | | $342,349.08 |
| **Southlake Indiana LLC Brian Huben Ballard Spahr LLP 2029 Century Park East Ste 800 Los Angeles, CA 90067** | **Brian D. Huben, Esq.** <br><br> hubenb@ballardspahr.com <br> 424-204-4400 | **Bachrach I Proof of Claim 52; Lease Payments** | | | | $155,504.17 |
| **Taubman Auburn Hills Associates Lim 200 East Long Lake Road Ste 300 Bloomfield Hills, MI 48304** | **Andrew Conway** <br><br> Aconway@taubman.com <br> 248-258-7427 | **Bachrach I Proof of Claim 57; Lease Payments** | | | | $87,984.37 |
| **Town Center at Cobb Simon Property Group 225 West Washington Street Indianapolis, IN 46204** | **Ron Tucker, Esq.** <br><br> rtucker@simon.com <br> 317-263-2346 | **Bachrach I Proof of Claim 19** | | | | $309,977.03 |
| **United Parcel Service First Data Corporate Place 2nd Fl Ste 25 Monterey Park, CA 91754** | **Kenneth T. Law, Esq.** <br><br> Klaw@bbslaw.com <br> 650-857-9500 | **Trade Debt** | | | | $116,252.50 |
| **White Oaks Mall 3392 Paysphere Circle Chicago, IL 60674** | **Ron Tucker, Esq.** <br><br> rtucker@simon.com <br> 317-263-2346 | **Bachrach I Proof of Claim 41** | | | | $209,750.53 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re   **B&B Liquidating, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Lipman**<br>**8723 BELLANCA DRIVE UNIT A**<br>**Los Angeles, CA 90045** | | **100%** | **Member Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **02/16/2018**

Signature _____
Brian Lipman

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**See 3 below.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**(1) B&B Bachrach, LLC, chapter 11 Case No. 2:17-bk-15292-NB, Central District of California, filed 04/28/2017; pending before the Honorable Neal Bason.**

**(2) Predecessor company bankruptcy Cases:**
    **(a) Bachrach Clothing, Inc., chapter 11 Case No. 06-06525, Northern District of Illinois; filed 06/06/2006; dismissed 06/17/2014 (company sold to Bachrach Acquisition, LLC); and**
    **(b) Bachrach Acquisition, LLC, chapter 11 Case No. 09-12918, Southern District of New York; filed 05/06/2009; converted to chapter 7 06/22/2010 (company sold to Debtor).**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**_____, California.

Date: **February 16, 2018**_____

Brian Lipman, Managing Member
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1            **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Brian L. Davidoff**<br>**Greenberg Glusker Fields Claman &Machtinger LLP**<br>**1900 Avenue of the Stars**<br>**Suite 2100**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **102654** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **B&B Liquidating, LLC** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br>                                        Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __27__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **02/16/2018** _____

Date: _____

Date: _____

_____
Siganture of Debtor 1
**Brian Lipman, Managing Member**

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

B&B Liquidating, LLC
8723 BELLANCA DRIVE UNIT A
Los Angeles, CA 90045


Brian L. Davidoff
Greenberg Glusker Fields Claman Machtinger
1900 Avenue of the Stars
Suite 2100
Los Angeles, CA 90067


1 Cloud Communications
4 Farms Ste 210
Bedford, NH 03110


ABC FIRE EXTINGUISHER CO
PO BOX 830146
Richardson, TX 75083-0146


Absolute Protective Systems Inc
3 Kellogg Court Unit 13
Edison, NJ 08817


Accurate Fire Equipment Corp
251 Franklin Avenue
Franklin Square, NY 11010


Adam Cummings
Cummings Retail Consulting
PO Box 4873
Vineyard Haven, MA 02568


Air City Inc
15363 Rockaway Blvd
Jamaica, NY 11434

Ameren Missouri
Bankruptcy Desk MC 310
PO Box 66881
Saint Louis, MO 63166


American Central Alarm Inc
PO Box 6860
Torrance, CA 90504


American Express
PO Box 3001
Malvern, PA 19355-0701


American Express
200 Vesey Street
New York, NY 10285


American Express Travel
PO Box 3001
Malvern, PA 19355


AMP MECHANICAL
3554 Business Park Drive Ste E
Costa Mesa, CA 92626


AOK Glass Metal Mirror Inc
9255 South Harlem Avenue
Bridgeview, IL 60455


Arlington County Treasurers Office
2100 Clarendon Blvd Ste 217
Arlington, VA 22201

ATT
PO BOX 5080
Carol Stream, IL 60197-5080


ATT
PO Box 5014
Carol Stream, IL 60197-5014


ATT
PO Box 5001
Carol Stream, IL 60197-5001


ATT
PO Box 6463
Carol Stream, IL 60197-6463


ATT
PO Box 105262
Atlanta, GA 30348-5262


ATT
PO Box 105414
Atlanta, GA 30348-5262


Ballin International
6 East 39th Street Ste 302
New York, NY 10016


BJD Inc
4921 Eastern Avenue
Bell Gardens, CA 90201

BoardUp
3200 Squibb Avenue
Rolling Meadows, IL 60008


Bowie Mall Company LLC
Frost Brown Todd Attn Ronald E Gold
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202


Bowie Mall Company LLC
Washington Prime Attn AJ Webb Esq
301 East Fourth Street
Great American Tower Suite 3300
Cincinnati, OH 45202


Brian Lipman
1118 South Weatherly Drive
Los Angeles, CA 90035


Butters Fetting Co Inc
1669 South 1st Street
Milwaukee, WI 53204


California Dept of Motor Vehicles
DMV Renewal
PO Box 942897
Sacramento, CA 94297


California State
Board of Equalization
Account Information MIC 29
PO Box 942879 450 North Street
Sacramento, CA 94279-0029


Caulfeild Apparel Group Ltd
1400 Whitehorse Road
Toronto Ontario M3J 3A7

CBL Associates Management Inc
CBL Center Ste 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000


CBL Associates Management Inc
Caleb T Holzaepfel Esq
Husch Blackwell
736 Georgia Avenue Ste 300
Chattanooga, TN 37402


CE Boulevard Phase II LLC
14400 South John Humphrey Drive
Ste 200
Orland Park, IL 60462


CE Boulevard Phase II LLC
Candace C Clark Esq
Clark Hill
130 East Randolph Street Ste 3900
Chicago, IL 60601


Century Link
PO Box 4300
Carol Stream, IL 60197


CINTAS Fire Protection
CINTAS F75 F94
3292 Momentum Place
Chicago, IL 60689-5332


Circa of America LLC
1330 Fitzgerald Avenue
San Francisco, CA 94124


City of Auburn Hills
1827 North Squirrel Road
Auburn Hills, MI 48326

City of Frisco
Linebarger Goggan Blair and Sampson
Elizabeth Weller
2777 North Stemmons Frwy Ste 1000
Dallas, TX 75207


City of Los Angeles
Office of Finance
200 North Main Street Ste 920
Los Angeles, CA 90012


City of Memphis
PO Box 185
Memphis, TN 38101


City of Novi
Tax
PO Box 674258
Detroit, MI 48267


City of Troy
PO Box 554754
Detroit, MI 48255


City of Wauwatosa
7725 West North Avenue
Milwaukee, WI 53213


Cloud Sherpas Inc
ProQuire LLC
PO Box 70071
Chicago, IL 60673


CO PACK INC
150 West Carob Street
Compton, CA 90220

Cobb County Business
License Division
PO Box 649
Marietta, GA 30061-0649


Cobb County Tax Commissioner
PO Box 100127
Marietta, GA 30061


Collin County Tax Assessor
Gay McCall Isaacks et al
777 East 15th Street
Plano, TX 75074


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison Company
1919 Swift Drive
Oak Brook, IL 60523


Comptroller of Maryland
Kelly Wallace
Compliance Division
301 West Preston St 410 Maryland
Baltimore, MD 21201


Concorde Apparel Co
Milberg Factors Inc
99 Park Avenue
New York, NY 10016


Credit Cash NJ LLC
505 Park Ave Ste 6
New York, NY 10022

Crystal Hosiery Inc
1850 NW 84 AVENUE STE 105
Miami, FL 33126


CYA Support LLC
15285 Valerie Drive
Macomb, MI 48044


Dallas County Tax Assessor
Linebarger Goggan Blair and Sampson
Elizabeth Weller
2777 North Stemmons Frwy Ste 1000
Dallas, TX 75207


David Schnaid Accountancy Corp
5660 Kelvin Avenue
Woodland Hills, CA 91367


Department of Water and Power
Attn Bankruptcy
PO Box 51111
Los Angeles, CA 90051


EARTHLINK BUSINESS
PO Box 2252
Birmingham, AL 35246-1058


Eastman Fire Protection Company LLC
1450 Souter Blvd
Troy, MI 48083


Elite Logistics Worldwide
1630 West 132nd Street
Gardena, CA 90249

Emerald Capital Funding LLC
4221 Wilshire Blvd
Ste 260
Los Angeles, CA 90010


Enzone Fashions Inc
9170 Independence Ave
Chatsworth, CA 91311


Fashion Center Mall LLC
PO Box 402792
Atlanta, GA 30384


Fashion Centre Associates LLC
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204


Fashion Outlets of Chicago LLC
PO Box 848927
Los Angeles, CA 90084


FedEx
Attn Revenue Recovery Bankruptcy
3965 Airways Blvd Module G 3rd Fl
Memphis, TN 38116


FedEx
PO Box 7221
Pasadena, CA 91109


Fish Window Cleaning
PO Box 2577
Cypress, TX 77410

Fox Valley Mall LLC
Ballard Spahr Attn Brian D Huber
2029 Century Park East Ste 800
Los Angeles, CA 90067


Franchise Tax Board
State of California
PO Box 2952
Sacramento, CA 95812-2952


Fulton County Tax Commissioner
Arthur E Ferdinand
PO Box 105052
Atlanta, GA 30348-5052


Galleria at Wolfchase LLC
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438


Galleria Mall Investors
PO Box 849111
Dallas, TX 75284


Galleria Mall Investors LP
MS Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


General Growth Properties
110 North Wacker Dr
Chicago, IL 60606


General Growth Properties
Ivan Gold
Allen Matkins
3 Embarcadero Center 12th Floor
San Francisco, CA 94111-4074

Georgia Department of Revenue
Sales Use Tax Return
PO Box 105408
Atlanta, GA 30348-5408


GEORGIA POWER
96 ANNEX
Atlanta, GA 30396-0001


Glass Experts
Peter G Swan
440 Central Avenue
Highland Park, IL 60035


GLOBAL CAPACITY
PO BOX 674041
Dallas, TX 75267-4041


GO2 Partners
701 Lee Street Ste 1050
Des Plaines, IL 60016


Granite Telecommunications
PO Box 983119
Boston, MA 02298-3119


Gwinnett County License and Revenue
PO Box 372
Lawrenceville, GA 30046


Harris County et al
Linebarger Goggan Blair and Sampson
John P Dillman
PO Box 3064
Houston, TX 77253

Harris County Tax Assessor
PO Box 4622
Houston, TX 77210


Illinois Department of Revenue
PO Box 19053
Springfield, IL 62794


Indiana Department of Revenue
100 North Senate Avenue N240
MS 108
Indianapolis, IN 46204


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-0001


International Environmental
Management IEM
24516 Network Place
Chicago, IL 60673-1245


Israel Discount Bank of New York
511 Fifth Avenue
New York, NY 10017


Israel Discount Bank of New York
Troutman Sanders LLP
5 Park Plaza Ste 1400
Irvine, CA 92614


JIMS FORMAL WEAR LLC
804 East Broadway
Trenton, IL 62293

Jonas William  Associates Ltd
50 Galaxy Blvd Unit 11
Ontario Toronto ON M9W 4Y5


Kansas Dept of Revenue
915 SW Harrison St
Topeka, KS 66612-1588


KAS EXPRESS
1638 Trinity Street
Los Angeles, CA 90015


Keter Environmental Services Inc
R Breen
4 High Ridge Park Ste 202
Stamford, CT 06905


Koorsen Fire Security
2719 North Arlington Avenue
Indianapolis, IN 46218-3322


LA Carton
5100 South Santa Fe Avenue
Los Angeles, CA 90058


LADWP
PO Box 30808
Los Angeles, CA 90030


Lake County Treasurer
2293 North Main Street Crown Point
Crown Point, IN 46307-1896

Lenox Square
PO Box 772809
Chicago, IL 60677


Livingston Mall Venture
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438


llinois Dept of Revenue
PO Box 19053
Springfield, IL 62794-9053


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054


Maklihon
545 Eighth Avenue 3rd Fl
New York, NY 10018


Mall at Gurnee Mills LLC
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438


Mall at White Oaks LLC
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438

Mall of Georgia LLC
PO Box 772805
Chicago, IL 60677-2805


Marion County Treasurer
200 East Washington St Ste 1041
Indianapolis, IN 46204


Mayfair Mall LLC
2500 North Mayfair Rd.
Milwaukee, WI 53226


Mayfair Mall LLC
General Growth Properties
110 North Wacker Drive
Chicago, IL 60606


MCP SoCal Industrial  LAX LLC
 CBRE
4900 Rivergrade Road
Ste A110
Irwindale, CA 91706


Mechanical24 Inc
155 Praire Lake Road Ste C
Dundee, IL 60118


Memphis Light Gas and Water
Division
PO Box 388
Memphis, TN 38145


Metropolitan Trustee
PO Box 305012
Nashville, TN 37230

Michigan Department of Treasury
PO Box 30774
Lansing, MI 48909


Michigan Dept of Revenue
PO Box 30168
Lansing, MI 48909


Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105


Modern HR Inc
9000 W Sunset Blvd
Suite 900
West Hollywood, CA 90069


Mood Media DMX
5700 S Mopac Expressway Bldg C 300
Austin, TX 78749


New Jersey Department of Revenue
PO Box 999
Trenton, NJ 08646


New York Dept of Revenue
NYS Sales Tax Processing
PO Box 15168
Albany, NY 12212-5168


Oak Park Mall LLC
CBL Associates Management Inc
Caleb Holzaepfel
736 Georgia Avenue Ste 300
Chattanooga, TN 37402

Office Depot Inc
6600 North Military Trail S413G
Boca Raton, FL 33496


Office of the U.S. Trustee
Attn Patrice L Benning
915 Wilshire Blvd #1850
Los Angeles, CA 90017


Opportunity Fund
111 W St John Street Ste 800
San Jose, CA 95113


Opry Mills Mall LP
co MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438


Orland Park Crossing LLC
Scott N Schreiber Esq
130 E Randolph Street
 Ste 3900
Chicago, IL 60601


Orland Park Crossing LLC
Edwards Reality
14400 South John Humprey Ste 200
Orland Park, IL 60462


OWEN S DUNIGAN CO INC
153 Grove Street
Woodbridge, NJ 07095


Pacific Silk Continental Business
Steven T Gubner
21650 Oxnard Street Ste 500
Woodland Hills, CA 91367

Preylock LLC
1901 Avenue of the Stars Ste 1800
Los Angeles, CA 90067


Prince Georges County Maryland
 M Evan Meyers
Meyers Rodbell and Rosenbaum PA
6801 Kenilworth Avenue Ste 400
Riverdale, MD 20737


Print Out
829 Bedford Avenue
Brooklyn, NY 11205


PRO AIR Mechanical Contractors
1319 F Street NW 400
Washington, DC 20004


Professional Retail Outlet Services
3050 Union Lake Road Suite 8 F
Commerce Township, MI 48382


Progressive
PO Box 105428
Atlanta, GA 30348


PSEG CO
Attn Bankruptcy Dept
PO Box 490
Cranford, NJ 07016


PSEGLI
15 Park Drive
Melville, NY 11747

Quaker Associates LLC
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204


Queen of Sheba
346 Jordan Drive
Tucker, GA 30084


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Reliant Energy
PO Box 1046
Houston, TX 77521


RELIANT ENERGY
PO Box 650475
Dallas, TX 75265


Rembrandt Tailoring
508 W 11 Mile Road
Royal Oak, MI 48067


Render Corporation
4182 Crawford Road
Dryden, MI 48428


RIC Electrical Contracting LLC
PO Box 68
Somerville, TN 38068

Rockaway Center Assoc
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438


Roosevelt Field WD
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204


SA Galleria IV LP
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438


SAV Vacuum Cleaners
45675 Van Dyke Avenue
Utica, MI 48317


SDG Fashion Mall LP
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438


Seebridge Media
707 West Road
Houston, TX 77038


Shelby County Trustee
PO Box 185
Memphis, TN 38101


Shopping Center Associates
MS Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204

Siena Lending Group LLC
9 West Broad Street
Stamford, CT 06902


Siena Lending Group LLC
Leo Plotkin Esq
Levy Small and Lallas
815 Morage Drive
Los Angeles, CA 90049


Simon Property Group
Ron Tucker Esq
225 West Washington Street
Indianapolis, IN 46204


SimplexGrinnell
Alan L Brodkin and Associates
15500 B Rockfield Blvd
Irvine, CA 92618


Solutions Window Cleaning
PO Box 86
Queenstown, MD 21658


Somerset Collection Ltd Partnership
Ballard Spahr co Brian D. Huben
2029 Century Park East Ste 800
Los Angeles, CA 90067


Southlake Indiana LLC
Brian Huben
Ballard Spahr LLP
2029 Century Park East Ste 800
Los Angeles, CA 90067


Spectrotel
PO Box 1949
Newark, NJ 07101-1949

Starwood Retail Partners
500 Solution Center
Box 775000
Chicago, IL 60607


Starwood Retail Partners
Brian Huben Esq
Ballard Spahr LLP
2029 Century Park East Ste 800
Los Angeles, CA 90067-2909


State of Tennessee
Secretary of State Corporate Filing
312 Rosa L Parks Avenue 6th Fl
Nashville, TN 37243-1102


Stonebriar Mall LLC
Stonebriar Center
2601 Preston Road
Frisco, TX 75034


Stonebriar Mall, LLC
General Growth Properties
110 N Wacker Dr
Chicago, IL 60606


Store Supply Warehouse
Bin 110280
PO Box 790051
Saint Louis, MO 63179-0051


Suite Renovation Inc
PO Box 571825
Tarzana, CA 91357


Sustainable Solutions
PO Box 740209
Atlanta, GA 30374-0209

Taubman Auburn Hills Associates Lim
200 East Long Lake Road
Ste 300
Bloomfield Hills, MI 48304


Tax Assessor Collector CollinCounty
Kenneth L Maun Tax Collector
PO Box 8046
McKinney, TX 75070-8046


Tennessee Department of Revenue
TDOR Attorney General
PO Box 20207
Nashville, TN 37202-0207


TERMINIX
PO Box 742592
Cincinnati, OH 45274


Texas Comptroller of Public Account
PO Box 12548 MC08
Austin, TX 78711


Texas Comptroller of Public Account
PO Box 13528
Austin, TX 78711


The Forbes Company
100 Galleria Officecenter
Suite 427
Southfield, MI 48037-0667


THE RIGHT MOVE INC
1651 Compton Avenue
Los Angeles, CA 90021

Thomas Printworks
600 North Central Expressway
Richardson, TX 75080


Threadjar
308 West 15th Street
Los Angeles, CA 90015


Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


Town Center at Cobb
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204


Twelve Oaks Mall LLC
Department 5270
P.O. Box 67000
Detroit, MI 48267


Twelve Oaks Mall, LLC
200 East Long Lake Road Ste 300
Bloomfield Hills, MI 48304


UNITED ELECTRIC
1270 Kennestone Circle
Marietta, GA 30066


United Parcel Service
First Data
Corporate Place 2nd Fl Ste 25
Monterey Park, CA 91754

United Parcel Service
Kenneth T Law
Bialson Bergen and Schwab
633 Menlo Avenue Ste 100
Menlo Park, CA 94025


Unsimply Unstitched
4601 Wilshire Blvd Ste 205
Los Angeles, CA 90010


Vector Security
PO Box 89462
Cleveland, OH 44101-6462


Verizon
PO BOX 4833
Trenton, NJ 08650-4833


Verizon
PO BOX 660794
Dallas, TX 75266-0794


Verizon
PO Box 4830
Trenton, NJ 08650-4830


Verizon
PO BOX 15124
Albany, NY 12212-5124


Virginia Dept of Revenue
Virginia Department of Taxation
PO Box 1500
Richmond, VA 23218-1500

Washington Gas
PO Box 37747
Philadelphia, PA 19101-5047


Waste Management
co Jacquolyn E Mills
1001 Fannin Street
Houston, TX 77002


West County Mall CMBS LLC
by CBL Associates Management Inc
Caleb T Holzaepfel
736 Georgia Avenue Ste 300
Chattanooga, TN 37402


White Oaks Mall
3392 Paysphere Circle
Chicago, IL 60674


Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708


Woodfield Mall LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


ZAGIRI
PO Box 912150
Denver, CO 80291-2150


Zheijiang Vision Textile Co Ltd
Brown and Joseph Ltd
Don Leviton
PO Box 59838
Schaumburg, IL 60159

```
Zheijiang Vision Textile Co Ltd
Michael Jones Esq
One Pierce Place Ste 1225W
Itasca, IL 60143
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Brian L. Davidoff**<br>**Greenberg Glusker Fields Claman &Machtinger LLP**<br>**1900 Avenue of the Stars**<br>**Suite 2100**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **102654** | |
| ☑ *Attorney for: Debtor-In-Possession* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **B&B Liquidating, LLC**<br><br>                                       Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Brian Lipman**_____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:
- [✓] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.　[ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.　[✓] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>February 16, 2018</u>
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:　**Brian Lipman, Managing Member**
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**