\\Attorney or Professional Name, Address, Telephone and FAX:
NEEMA VARGHESE
nvarghese@nvconsultingservices.com
NV CONSULTING SERVICES LLC
701 Potomac Avenue
Naperville, IL 60565
Telephone:  630-697-4402

Financial Advisor to the Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

B&B LIQUIDATING, LLC

Debtor

Chapter 11 Case Number:
2:18-bk-11744-NB

**Professional Fee Statement**

Number:  5
Month of:  August 2018

| | | |
|---|---|---|
| 1. | Name of Professional: | NV Consulting Services LLC |
| 2. | Date of entry of order approving employment of the professional: | May 23, 2018 [Docket No. 175]; July 3, 2018 [Docket No. 192] |
| 3. | Total amount of pre-petition payments received by the professional: | $0.00 |
| 4. | Less: Total amount of pre-petition services rendered and expenses: | $0.00 |
| 5. | Balance of funds remaining on date of filing of petition: | N/A |
| 6. | ~~Less~~: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | $90,720.00 |
| 7. | ~~Less~~: Total amount of services and expenses this reporting period: | $18,900.00 |
| 8. | Balance of funds remaining for ~~next~~ **this** reporting period: | $42,484.00* |

* Net amount of (i) $5,000 post-petition retainer; **plus** (ii) $110,060.00 total carve out payments from Siena Lending Group (*See* Docket Nos. 183, 192); **less** $72,576 draw down, constituting aggregate of 80% of fees and 100% of expenses from prior fee statements per court-approved draw down procedures. See Docket No. 192.

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | | |
|---|---|---|
| 9. | Total number of pages attached hereto: | 7 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  September 17, 2018

NV Consulting Services LLC
Type Name of Professional

*(signature)*
Signature of Professional

**SUBMITTED BY:**

Greenberg Glusker Fields Claman & Machtinger LLP
Type Name of Attorney ~~for Professional (if applicable)~~

/s/ Brian L. Davidoff
Signature of Attorney ~~for Professional (if applicable)~~

| In re:                (Short Title)<br>B&B LIQUIDATING, LLC<br><br>Debtor | Chapter 11 Case Number:<br>2:18-bk-11744-NB |
|---|---|

PROOF OF SERVICE BY MAIL

**\*\*SEE ATTACHED PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

~~I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is as follows:~~

~~On _____, I served the foregoing PROFESSIONAL FEE STATEMENT on the interested parties at their last known addresses in this action by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at _____, California, addressed as follows:~~

~~I declare under penalty of perjury that the foregoing is true and correct.~~

~~Dated:~~

~~Print Name~~                                                                 ~~Signature~~

07491-00003/3076809.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (specify): **PROFESSIONAL FEE STATEMENT NO. 5** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 18, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On September 18, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**(Served with detailed statement)**
Dare Law, Esq.
Office of the U.S. Trustee
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 18, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| (Served by email with detailed statement) | (Served by email with detailed statement) | (Served by email with detailed statement) |
|---|---|---|
| Gary D. Badden<br>U.S. Trustee Analyst<br>Email: Gary.Baddin@usdoj.gov | U.S. Trustee's Office<br>Email: ustp.region16.ch11@usdoj.gov | Dare Law, Esq.<br>Email: Dare.Law@usdoj.gov |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2018 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - Charla L Brown    charla.brown@cpa.texas.gov
   - Shirley Cho    scho@pszjlaw.com
   - Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com
   - John P Dillman    houston_bankruptcy@publicans.com
   - Jeffrey W Dulberg    jdulberg@pszjlaw.com
   - Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
   - William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
   - Courtney J Hull    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
   - Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
   - Dare Law    dare.law@usdoj.gov
   - Leo D Plotkin    lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
   - Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com; cwilliams@raineslaw.com
   - Martin W Taylor    martin.taylor@troutman.com, anabel.pineda@troutman.com
   - Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com; Bankruptcy@simon.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - Elizabeth Weller    dallas.bankruptcy@publicans.com

07491-00003/3076809.1