Jonathon J. Herzog, Bar No. 162339
jherzog@westzog.com
WESTON HERZOG LLP
550 N. Brand Boulevard, Suite 1990
Glendale, California 91203
Telephone: (818) 755-8555
Facsimile: (818) 755-8542

Attorneys for Creditor,
SIMON PROPERTY GROUP, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>B&B LIQUIDATING, LLC,<br><br>　　　　Debtor and Debtor in<br>　　　　Possession. | Case No.:　2:18-bk-11744-NB<br>Chapter:　11<br><br>[Assigned to Honorable Neil W. Bason –<br>Courtroom 1545]<br><br>**CREDITOR SIMON PROPERTY GROUP, INC.'S *AMENDED* NOTICE OF MOTION TO COMPEL IMMEDIATE PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b) AND GRANTING RELATED RELIEF**<br><br>Date:　　　November 6, 2018<br>Time:　　　2:00 p.m.<br>Courtroom:　1545<br>Place:　　　United States Bankruptcy Court<br>　　　　　　Central District of California<br>　　　　　　Edward R. Roybal Federal<br>　　　　　　Building and Courthouse<br>　　　　　　255 East Temple Street, Suite 1552<br>　　　　　　Los Angeles, California 90012 |

TO THE HONORABLE COURT, DEBTOR AND DEBTOR IN POSSESSION, AND TRUSTEE:

PLEASE TAKE NOTICE that on November 6, 2018 at 2:00 p.m. in Courtroom 1545 of the United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse, located at 255 East Temple Street, Suite 1552, Los Angeles, California

-1-

1  90012, Creditor, SIMON PROPERTY GROUP, INC., as Landlord and/or Managing Agent
2  ("Landlord"), owner and lessor of certain nonresidential real property, hereby moves and will
3  move this Court to enter an order compelling secured lender and Creditor, SIENA LENDING
4  GROUP, LLC ("SIENA") immediately to pay outstanding post-petition administrative rent
5  pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) of the United States Bankruptcy Code, and granting
6  related relief, as more specifically described in Creditor's Motion filed and served on October 12,
7  2018.

9  Dated: October 15, 2018    WESTON HERZOG LLP

11                /s/ Jonathon J. Herzog
   JONATHON J. HERZOG
12 Attorneys for Creditor, SIMON PROPERTY
   GROUP, INC.

CREDITOR SIMON PROPERTY GROUP, INC.'S *AMENDED* NOTICE OF MOTION TO COMPEL
IMMEDIATE PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 North Brand Boulevard, Suite 1990, Glendale, California 91203

A true and correct copy of the foregoing document entitled (*specify*): CREDITOR SIMON PROPERTY GROUP, INC.'S AMENDED NOTICE OF MOTION TO COMPEL IMMEDIATE PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b) AND GRANTING RELATED RELIEF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 15, 2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
UNITED STATES TRUSTEE: United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 15, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
CREDITOR:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207, Nashville, Tennessee 3 7202-0207

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 16, 2018 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
PRESIDING JUDGE'S COPY - Delivered on October 16, 2018:
Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
255 East Temple Street/Courtroom 1545
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2018 | PHILIP KWAN | /s/ Philip Kwan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Charla L Brown**    charla.brown@cpa.texas.gov
- **Shirley Cho**    scho@pszjlaw.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **John P Dillman**    houston_bankruptcy@publicans.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **William W Huckins**    whuckins@allenmatkins.com, clynch@allenmatkins.com
- **Courtney J Hull**    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Dare Law**    dare.law@usdoj.gov
- **Leo D Plotkin**    lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Martin W Taylor**    martin.taylor@troutman.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Elizabeth Weller**    dallas.bankruptcy@publicans.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Clear Thinking Group LLC**
,

**Rommel Mapa**
Donlin, Recano & Company, Inc
6201 15th Avenue
Brooklyn, NY 11219

**NV Consulting Services LLC**
,

**Pachulski Stang Ziehl & Jones LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**TN Dept of Revenue**
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.